*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 20-BG-117**

IN RE EUGENE I. KANE, JR.

**2019 DDN 218**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 393218**

BEFORE: Glickman and Thompson, Associate Judges, and Washington, Senior
Judge.

**O R D E R**
(FILED – July 30, 2020)

On consideration of the certified order from the Court of Appeals of Maryland indefinitely suspending respondent from the practice of law in that jurisdiction; this court's February 13, 2020, order suspending respondent pending resolution of this matter and directing him to show cause why equivalent reciprocal discipline in the form of an indefinite suspension with a fitness requirement and the right to seek reinstatement after five years or reinstatement by the state of Maryland, whichever occurs first, should not be imposed; no response having been filed; the statement of Disciplinary Counsel; and it appearing respondent has not filed his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Eugene I. Kane, Jr., is hereby indefinitely suspended from the practice of law in the District of Columbia with reinstatement contingent upon a showing of fitness. Respondent can seek reinstatement after five years or after being reinstated by the state of Maryland, whichever occurs first. It is

FURTHER ORDERED that for purposes of reinstatement respondent's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**